**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand and fourteen,

_____

| | |
|---|---|
| Rosaly Ramirez, Katherine Bell, Lorna Thomas, Linda Williams, Jonathan Frias, on behalf of themselves and all others similarly situated, Becir Palamar, Alberta Robinson, Carmelo L. Perez, Jamie Bernier-Johnson, Edna Mendez, Francisco Colon, Gary Adams, Eli Anopolsky, Marsha Brown, Marcian Bullard, Fernando Campos, Jose Cayetano, Louisa Chase, Albert Collazo, Filiberto Coreano, Isandel Coriano, Fredrena Davis, Robert Ellison, Liston Forman, Pedro Fresneda, Andre Harris, David Hartman, Philip Hartman, Irving Hernandez, Jan House, Sandy Jimenez, Symphoni Johnson, Nikola Kastrati, Felicia Lawson, Kevin Leath, Teofilo Leiva, Calvin Lewis, Ralph Longo, Jose Lopez, Anthony Manning, Marcos Marin, Luis Marreno, Pedro Melendez, Angelique Mendoza, Julio Moya, Rocco Navarra, Gregory Nichols, Joel Nieves, Frankie Pacheco, Pablo Palacios, Leonardo Quioto, Betsy Ramirez, Tara Rivera, The Estate of Leon Randall, Tom Shabanaj, Ajamu Smith, Dana Smithey, Danny Soberal, Luis Suero, Azuree Taylor, Miriam Terrible, Alma Valentin, Esther Vega, David Wade, Clinton Washington, Nadine Washington, Franco Nero Pepito Watson, Marcellus Whitted, James Witherspoon, Joyce Epps, Madeline Moreno, Theresa Smith, Lisa James-Taitt, Raymond Bermudez, Erasmo DelaCruz, Yvette Ingles, John Pulino, Balgobin Rambhacus, Maria Rivera, John Cortes, Michael Diaz, Sylvanus Morris, Cynthia Singh, Danielle Rogers, Luis Alvarez, Rosario Ayala, David Cruz, Rosa Lee Dixon, Marcial Garcia, Rene Gotay, Felix Guareno, Lawrence James, Jr., Edwin Martinez, Jr., Natividad Melendez, Andrew Quinlan, Marcus Velasquez, Donald Banner, Louis Casale, Rafael Charles, Felix Rochez Ruiz, Victor Burgos, Angel Harry, Peggy Persaud, Enrique Reyes, Henry Tucker, Jr., Brandon Williams, Steven Brooks, Frank Diego, Nathan Garcia, Alphonso Gaynus-El, Joseph Grant, Moses Joseph, Lynn Krantz, Wayne McKenzie, The Estate of Francisco Melo, Miguel | **ORDER**<br>Docket No. 14-3222<br>14-3345 |

CERTIFIED COPY ISSUED ON 12/08/2014

Munoz, Crystal Peeble, Melissa Powell, Theodore
Richards, Francisco Rodriguez, MaryAnn Sowah, Larry
Torkin, Robert Bersch, Francine Clark, Jose Collado,
Damon Davis, Henry Delvalle, Richard Huggins,
Charmaine Joseph, Shanice Washington Williams,
Karen Zappier, Ernest Dupont, Melvin Golzalez, James
Herbert, III, Pedro Lopez, Emmanuel Martin, Lydia
Martinez, Aida Tolentino, Robert Soto, Yotuel
Tavarez, Adrian Castillo, Jade Bullock, Calvin Jackson,
Kirk Jones, Diomedes De Jesus Pena Pichardo, Romain
Whitted, Ryan Hake, Henry Joseph, Benjamin
Pinckney, Samuel Barboza, Oral Blair, Edil Carror,
Andre Coulter-Frett, Anthony Gonzalez, Zulma
Guzman, Ramon Hernandez, Maureen Hunter-Moore,
Sean Kempson, Modesto Ortega, Eduardo Ramirez,
Maureen Reilly, Brandon Rosario, The Estate of
Ronald Shinnery, Robert Abrams, Melissa Rose Cruz,
Renier Gonzalez, Simeon Arzu Guity, Natesha James,
Toma Paljevic, George Blyden, Jr., Barbara Cohen,
Gregory Frazier, Jeanette Melendez, David
Kumi-Mensah, Shanee Pierce, Ricardo Torres, Sr.,
Keith Logan, Angel Camacho, Ramonita Dionicio,
Courtney Gray, Jasminda Johnson, Angel Juarbe,
Osvaldo Melendez, Trevor Worghs, Wayne Fearon,
Sabrina Wengert, Balto Pepa,

          Plaintiffs - Appellees,

v.

Riverbay Corporation, Marion Scott Real Estate, Inc.,
Vernon Cooper, Peter Merola,

          Defendants - Appellants.

_____

      The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

      The stipulation is hereby "So Ordered".

                             For The Court:

                             Catherine O'Hagan Wolfe,
                             Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit